# United States Court of Appeals
## For the First Circuit

No. 21-1823

UNITED STATES OF AMERICA,

Appellee,

v.

JASIEL F. CORREIA, II,

Defendant, Appellant.

**JUDGMENT**

Entered: November 28, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Dustin Ming Chao, William W. Fick, Carol Elisabeth Head, Paul V. Kelly, Donald Campbell Lockhart, Daniel N. Marx, Mark T. Quinlivan, David Gerard Tobin, Jasiel F. Correia II