# United States Court of Appeals
## For the First Circuit

No. 21-1823

UNITED STATES,

Appellee,

v.

JASIEL F. CORREIA, II,

Defendant - Appellant.

**MANDATE**

Entered: December 20, 2022

    In accordance with the judgment of November 28, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dustin Ming Chao
Jasiel F. Correia II
William W. Fick
Carol Elisabeth Head
Paul V. Kelly
Donald Campbell Lockhart
Daniel N. Marx
Mark T. Quinlivan
David Gerard Tobin